FILED by ___ D.C.

ELECTRONIC

**July 13, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Renee Behar –Kish
185 Florence Dr
Jupiter, Fl 33458
561-401-3786
Petitioner

# UNITED STATES  DISTRICT  COURT
## SOUTHERN N DISTRICT OF FLORIDA

| | |
|---|---|
| <u>**RENEE  BEHAR-KISH**</u>  ) | **11-80809-MC-Ryskamp/Vitunac** |
| ) | Case # _____ |
| ) | |
| *PETITIONER*  ) | **PETITION TO QUASH  SUMMONS** |
| ) | |
| VS  ) | |
| ) | |
| UNITED STATES OF AMERICA  ) | |
| COMMISSIONER OF  ) | |
| THE INTERNAL REVENUE  ) | |
| LISA SATALLANTE  REVENUE AGENT  ) | |
| ) | |
| _____*RESPONDENT.*_____) | |

PETIITIONER   RENEE BEHAR – KISH  , HEREBY PETITIONS THIS COURT TO QUASH THE
SUMMONS ISSUED TO  JP MORGAN  CHASE BANK N.A. BY THE INTERNAL REVENUE
SERVICE  AND RELATING TO  GABRIEL  KISH

I
## *JURISDICTION*

1. THIS COURT HAS JURISDICTION IN THIS ACTION PURSUANT TO THE PROVISIONS OF
TITLE 26 U.S.C. SECTIONS 7609(B)(2)(A), 7609(H), AND TITLE 28 U.S.C. SECTIONS 1331 AND
1340,
VENUE IS PROPER IN THAT THE PETITIONER AND RESPONDENTS ALL RESIDE OR *ARE*
FOUND WITHIN THE GEOGRAPHICAL JURISDICTION OF THIS COURT.

## II

## PETITION TO QUASH SUMMONS

On or about 07/11/2011 Revenue Agent LISA SATALLANTE issued
summons to JP MORGAN CHASE. Bank, a copy of which was mailed to
Renee Kish 07/12/11. (copy of summons attached hereto exhibit 1, and made a part
hereof by reference thereto).

The summons directed to JP MORGAN CHASE Bank requests the following
documentation:

1) Bank statements for all accounts Where Rose Kiss,   Renee Kish, and Gabriel Kish
   Have signature authority
2) Cancelled checks
3) Copies of all deposit slips instruments from 1/1/2011
4) Copy of Bank Signature card for all accounts

5). The Internal Revenue Service must at all times use the summons authority in
good-faith pursuit of a congressionally authorized purpose. The IRS has the burden of
showing in proceeding that it's investigation is pursuant to a legitimate
purpose, and that the information sought is relevant and material to this legitimate
purpose. Good faith is not presumed where the summons power is used to harass or to
pressure the individual.

6. This petition is based on that:

(a) Revenue Agent Lisa Satallante is using the summons power to harass and
pressure **Renee Behar -Kish**, for reasons unknown to **Renee Behar Kish** at this time, and for purposes that
are wholly illegitimate to the spirit and intent of the law, noting that no law or other authority was cited as
the ostensible authority for issuance of the Summons.

(b) The IRS in general and Revenue Agent _Lisa Satallante specifically are
aware that there is no legal basis of any kind that would support the issuance of a
summons as evidence by the complete absence of any citation to any legitimate basis
for the issuance of summons on its face.
And, therefore the IRS knows the summoned data cannot be relevant to any legitimate purpose.

(c) The IRS already possesses all relevant information to determination of whether **Gabriel Kish** may be
liable under any internal revenue statute and the data summoned isincapable of adding any new information

Gabriel Kish has never had access or any signatory rights to my account . I operate a small catering company  and believe this is intrusion and violation of my rights  there is no reason that the IRS can  have the authority.This is solely my account . I  do not  file any joint Federal Tax returns with Gabriel Kish


Therefore , the data Summoned is not relevant to any legitimate purpose.
WHEREFORE, in consideration of the foregoing and the attached memorandum
of Law in support hereof, petitioner prays that this court order the respondents to appear
before this honorable court and show cause as to why this court should not quash the
summons here involved.


Respectfully Submitted

DATED: 7/13/2011

Renee Behar Kish



# Summons



*SBP2971062 16J*

In the matter of __ROSE KISS AND RENEE BEHAR-KISH, AS POTENTIAL NOMINEES OF GABRIEL KISH, 185 FLORENCE DR,  JUPITER, FL 33458-8715__

Internal Revenue Service (Division): __SMALL BUSINESS/SELF EMPLOYED__

Industry/Area (name or number): __SB/SE AREA 3 (23)__

Periods: __Form 1040 for the calendar periods ending December 31, 2001 and December 31, 2002__

## The Commissioner of Internal Revenue

To: __J.P. MORGAN CHASE BANK, N.A.__

At: __7610 WEST WASHINGTON STREET,  INDIANAPOLIS, IN 46231__

You are hereby summoned and required to appear before LISA T. SATALLANTE, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

COPIES OF ALL BANK STATEMENTS WHERE ROSE KISS (SS#          -4572) , RENEE BEHAR-KISH (SS#      -4760) OR GABRIEL KISH, A/K/A GABRIEL KISS, A/K/A GABOR A KISH (SS#        -0210 OR SS#      -4219) HAVE SIGNATURE AUTHORITY, FROM 1/1/2011 TO THE DATE THIS SUMMONS IS COMPLIED WITH;

COPIES OF ALL DEPOSIT INSTRUMENTS (FRONT AND BACK) FOR ABOVE ACCOUNTS FROM 1/1/2011 TO THE DATE THIS SUMMONS IS COMPLIED WITH;

COPIES OF 5 CHECKS PER MONTH FROM EACH OF THE ABOVE ACCOUNTS FROM 1/1/2011 TO THE DATE THIS SUMMONS IS COMPLIED WITH;

COPY OF BANK SIGNATURE CARD FOR ALL ACCOUNTS.          Confidential Information Redacted

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Satallante_                                 __REVENUE OFFICER, 6505109__

Signature of IRS Official Serving the Summons          Title

**Business address and telephone number of IRS officer before whom you are to appear:**

1700 PALM BCH LAKES BLVD,  STE 500  STOP 5440,  W PALM BEACH  FL 33401-2012 (561) 616-2072

**Place and time for appearance at:** __1700 PALM BCH LAKES BLVD,  STE 500  STOP 5440,  W PALM BEACH,  FL 33401-2012__

## IRS

**Department of the Treasury
Internal Revenue Service**

www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the __18th__ day of __July__ ,  __2011__  at __2:00__ o'clock __p__ m.

Issued under authority of the Internal Revenue Code this __20th__ day of __June__          ,  __2011__

__LISA T. SATALLANTE__  _Satallante_
Signature of Issuing Officer

Signature of Approving Officer *(if applicable)*

__REVENUE OFFICER__
Title

__GROUP MANAGER__
Title

Part A -- to be given to person summoned

*%JS 44   (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**   Renee Bethar-Kish

**DEFENDANTS**   United States Of America Commissar of IRS (Lisa Satallate Agent) Palm Beach

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
C/O Renee Kish 185 Florence Dr Jupiter FL 33458

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☑ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

11 mc 80809 - KLR / AEV

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | **IMMIGRATION** | ☑ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | ☐ 463 Habeas Corpus-Alien Detainee | | |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | | | |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | | |
| ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | | |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):    JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity)   Title 26 U.S.C Sections 7609 (B)(2)(A) Petition To Quash

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   7-12-11

FOR OFFICE USE ONLY
AMOUNT  39 00   RECEIPT # FL59-   IFP  NO